UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIARAH QUINCY-KAMAZZ BROADUS-BYNUM,<br>Plaintiff,<br>v.<br>DE LOS SANTOS, et al.,<br>Defendants. | No. 2:25-cv-02717-TLN-CKD<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) No party filed timely objections, and the time to do so has elapsed.

The Court presumes any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and

by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed June 18, 2026 (ECF No. 12) are ADOPTED in full.

2. This action is DISMISSED for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

DATE: October 15, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE